■ BERNARD ZACZEK, Appellant, v. JEAN ZACZEK, Also Known as JEAN JUNG, Respondent.—

No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur. [27 Misc 2d 740.]

## (October 26, 1961)

■ In the Matter of SIDNEY LEBOWITZ, Respondent, v. ROBERT E. BARNES, Appellant, and HARRY SCHELLHAMMER et al., Constituting the Committee on Vacancies for ROBERT E. BARNES et al., Respondents.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.